### J. E. DAVIDSON *et al.* V. O. E. HUGHES *et ux.*
#### No. 15,112.   (91 Pac. 915.)

Error from Chautauqua district court; GRANVILLE P. AIKMAN, judge.   Opinion filed July 5, 1907.   Affirmed.

*Rossington & Smith,* and *Samuel Barnum,* for plaintiffs in error; *Gunnell & Chinn,* of counsel.

*Brooks & Spencer,* for defendants in error.

*Per Curiam:* This case was briefed and submitted with *Davidson v. Hughes,* 76 Kan. 247, 91 Pac. 913, between the same parties as plaintiffs and defendants in error. In this case a larger consideration was paid by the grantees at the time of executing the contract, yet we are constrained to hold that the same considerations prevail, and the judgment herein is affirmed on the authority of that case.